Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
(p): (530) 895-3252
(f): (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorneys for Plaintiff Brenda Pickern

Christopher Onstott, SBN 225968
**KRONICK MOSKOVITZ TIEDEMANN AND GIRARD**
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4417
(p): 916-321-4500
(f): 916-321-4555
Email: constott@kmtg.com

Attorneys for Defendants Walgreen Co. and
Falmouth Apartments, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,  Plaintiff,  v.  Walgreen Co. dba Walgreens #10693, *et al*.  Defendants. | Case No. 2:14-cv-01804-WBS-CMK  **Joint Stipulation for Dismissal and [Proposed] Order Thereon** |

*Pickern v. Walgreen Co., et al.,*                    Case no. 2:14-cv-01804-WBS-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1

TO THE COURT AND TO ALL PARTIES:

Plaintiff Brenda Pickern and Defendants Walgreen Co. dba Walgreens #10693; and Falmouth Apartments, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear her/its own attorneys' fees and costs.

Dated: November 21, 2014        DISABLED ADVOCACY GROUP, APLC

                                   /s/   Scottlynn J Hubbard
                                  Scottlynn J Hubbard IV
                                  Attorney for Plaintiff Brenda Pickern

Dated: November 21, 2014        KRONICK MOSKOVITZ TIEDEMANN AND GIRARD

                                   /s/   Christopher Onstott
                                  Christopher Onstott
                                  Attorney for Defendants Walgreen Co. dba Walgreens #10693 and Falmouth Apartments, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, United States District Court for the Eastern District of California Case No. 2:14-cv-01804-WBS-CMK, is hereby dismissed with prejudice, each party to bear her/its own attorneys' fees and costs.

Dated:  November 24, 2014

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Pickern v. Walgreen Co., et al.,*                                              Case no. 2:14-cv-01804-WBS-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2